UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:11-cr-25-TWP-TAB-4 |
| ) | |
| MARIA ISABEL RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

### ENTRY REGARDING BRIEFING

On September 9, 2019, Defendant Maria Isabel Ramirez filed a Motion for Reconsideration of the Order on Motion to Reduce Sentence (Dkt. 863). Thereafter, on September 9, 2019, the Court directed the Indiana Federal Community Defender to enter an appearance to determine if Ramírez was entitled to the relief requested. *See* Dkt. 864. That same day, FCD attorney Sara Varner appeared for Ramirez. Dkt. 865. In response to the Court's request for a status report, Ms. Varner provided notice of her intent to withdraw from the case, and that she had communicated to Ms. Ramirez that she may proceed *pro-se* with her motion before the Court. *See* Dkt. 868.

The Government is directed to file a response, in any, to the Motion for Reconsideration at dkt. 863 by March 30, 2020. If a response is filed, Ms. Ramírez will have 10 days to file a reply, if any. Thereafter, the Court will issue a ruling on Ramírez's *pro se* Motion.

**SO ORDERED.**

Date: 3/4/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARIA ISABEL RAMIREZ
09951-028
WASECA - FCI
WASECA FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1731
WASECA, MN 56093

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE
michelle.brady@usdoj.gov